LARRY POUNCY, Appellant, v JASON L. SOLOTAROFF et al., Respondents.

Submitted July 22, 2013; decided November 14, 2013

Motion for reargument of motion for leave to appeal denied [*see* 21 NY3d 857 (2013)].

Judge ABDUS-SALAAM taking no part.

JOSEPH W. POWERS, Appellant, v 31 E 31 LLC et al., Respondents.

Submitted November 12, 2013; decided November 14, 2013

Motion by New York State Trial Lawyers Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.